1

RICHARD A. FRISHMAN, SB# 059383

2

205 North Pine Street
3
Nevada City, CA 95959
Telephone:   (530)265-2399
4
Fax:            (530)478-9442

5

Attorney for JOHN DOE, a minor

6

7

8

IN THE UNITED STATES DISTRICT COURT
9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JOHN DOE, a minor

Case  Number:  2:11-cv-01767  JAM JFM

12

        Plaintiff,
13
                                                  PROPOSED                  ORDERS:
        vs.                                       APPOINTING KATHRYN CLARK TO
14                                                SERVE  AS  GUARDIAN  AD  LITEM,
                                                  TO PROSECUTE THE ACTION OF
SACRAMENTO DEPARTMENT OF           PLAINTIFF, JOHN DOE; <u>AND</u>
15
HEALTH AND HUMAN SERVICES          PERMITTING SAID PLAINTIFF TO
-CHILD PROTECTIVE SERVICES OF      MAINTAIN   HIS   NAME   AND   ALL
16
SACRAMENTO COUNTY, and DOES        CONTACT    INFORMATION    FOR
through XXXV, inclusive.           HIMSELF  AND  HIS  GUARDIAN  AD
17                                                LITEM IN CONFIDENCE.

18

        Defendants.                               (F. R. C. P. 17(b)(c); local Rule 202)

19

_____/

20

21

        On July 5, 2011, KATHRYN CLARK, by counsel, moved this court to appoint
22
her as Guardian ad Litem for JOHN DOE.  The motion was submitted on August 3,

23

2011.  The court has read the papers submitted in support of the motion, reviewed
24
the authorities cited, and considered the argument of counsel.

25

        Based  upon  said  review,  and  consideration  of  argument,  it  appears  to  the
26
court that JOHN DOE is an infant under the age of ten (10) years and has no other

27

guardian able, under the laws of the State of California, to represent him in this

28

– 1 –

ORDERS APPOINTING GUARDIAN AD LITEM AND RE CONFIDENTIALITY

PDF created with pdfFactory trial version www.pdffactory.com

matter.

It further appears that KATHRYN CLARK is a person fully competent to understand and protect the rights of this Plaintiff, and that she has no interest adverse to that of Plaintiff, is not connected in business with any adverse party or attorney or counsel of any adverse party, has sufficient ability to answer for any damage caused by her mishandling of this action, and has consented to act as the guardian ad litem for JOHN DOE in this action.

THEREFORE, IT IS ORDERED that KATHRYN CLARK be, and hereby is, appointed Guardian ad Litem for Plaintiff, JOHN DOE, and to prosecute this action on his behalf.  Said service to be without fee as to KATHRYN CLARK.  Any request for reimbursement of expenses; including, but not limited to, attorney(s)' fees incurred by this service as guardian ad litem shall be made at the conclusion of the action concurrent with a Motion/Petition to Compromise the Minor's claim.

IT IS FURTHER ORDERED, that upon the court's review of the Declaration of KATHRYN CLARK re Confidentiality of Minor's Name and Address, and good cause appearing therefore:

The Guardian ad Litem shall prosecute the action on behalf of the minor designating his name throughout the action as "JOHN DOE".

The minor's contact information, as well as that of KATHRYN CLARK, who is his mother by adoption, and with whom he resides, shall remain confidential.  All notices and communications in this case to KATHRYN CLARK, acting as guardian ad litem, shall be deemed completed according to law if made to counsel for the minor. At present, said counsel is:

Richard A. Frishman, Esq., 205 N. Pine St., Nevada City, CA 95959

telephone:  (530)265-2399; fax:  (530) 478 9442;

e-mail: RichardFrishman@Yahoo.com

/ / / / /

ORDERS APPOINTING GUARDIAN AD LITEM AND RE CONFIDENTIALITY

PDF created with pdfFactory trial version www.pdffactory.com

1

2      The court reserves the ability to require, upon further Order, that counsel for

3   the minor file with the Clerk of this court a sealed document setting forth the true

4   name of the minor and address of the guardian ad litem.  Such filing shall at all times

5   remain sealed by the Clerk unless the court orders otherwise following noticed

6   hearing.

7

8   DATED:  August 5, 2011

9

10                              /s/ John A. Mendez_____
                                U. S.  DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com