RICHARD A. FRISHMAN, SB# 059383
205 North Pine Street
Nevada City, CA 95959
Telephone:   (530)265-2399
Fax:             (530)478-9442
Attorney for JOHN DOE, a minor, by his
Guardian ad Litem,  KATHRYN CLARK

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone:   (916) 974-8500
Fax:             (916) 974-8510

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor | Case Number:   2:11-CV-01767-JAM-JFM |
| Plaintiff, | STIPULATION  AND  ORDER  FOR EXTENSION  OF  TIME  FOR COMPLETION  OF  DISCOVERY AND  EXPERT  WITNESS DISCLOSURES |
| vs. | US  Dist.  Ct.  Eastern  Dist.  CA   Rule 143 |
| SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES -CHILD PROTECTIVE SERVICES OF SACRAMENTO COUNTY, and DOES I through XXXV, inclusive. | |
| Defendants. | |

_____/

        Pursuant to Local Rule 143, the parties to the within action, by their respective

counsel, hereby stipulate to extend the time within which to complete discovery and

for all expert witness disclosures.

        The Court has granted one prior Stipulation for Extension of time for Expert

Witness Disclosures and Discovery Completion Date which was filed by the parties

on January 11, 2013.

At all times through this litigation, the parties have diligently pursued written discovery and have made significant document exchanges. The defense has provided Plaintiff with over 3,000 pages of written discovery.

The parties have completed depositions of the minor Plaintiff's parents, one of two foster parents where the placement of the minor was in effect at the time of his burn injuries, as well as the two social workers who inspected the residence of, and interviewed the, foster parents prior to the placement. The Plaintiff has submitted to the requested defense IME; but, the report is not yet available.

Plaintiff has noticed the deposition of one of defendant's Kinship Unit's supervisors for April 25, 2013, in order to obtain further information as to policies, and implementation of same, as relevant to this action.

Nevertheless, the parties will not be able to complete discovery, and will not be able to make complete and knowing expert disclosures, as currently calendared, for the following reasons:

Despite significant, good faith, efforts of the defense, a deposition subpoena has yet to be served on the foster parent (Fernando Ramirez, a NREFM) who was present when Plaintiff suffered his burn injuries. Mr. Ramirez, as an eye and/or ear, witness to the events which resulted in the burn injuries, is a material witness to this action for both sides.

Additionally, the parties have discussed conducting Mediation prior to filing of various Motions and hiring of experts. Plaintiff will be filing a Motion to Amend, seeking leave to name one or more employees of CPS as Defendants to the action.

STIPULATION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY AND EXPERT WITNESS DISCLOSURES

Absent settlement, Defendant has advised that it will file a Motion for Summary Judgment.  Such a Motion will be opposed.

An extension, as Stipulated here, will permit the parties to fully complete discovery, gain further information as to case value, and increase the potential for conducting Mediation and reaching settlement.

At this time, the parties do not seek extension of the dates for Final Pretrial Conference or Trial.

Therefore, the parties jointly propose setting the following deadlines as follows:

**Initial Disclosure of Expert Witnesses:**

Proposed new deadline: July 8, 2013 (current deadline - April 30, 2013)

**Disclosure of Supplemental and Rebuttal Expert Witnesses:**

Proposed new deadline: July 15, 2013 (current deadline – May 7, 2013)

**Discovery Completion:**

Proposed new deadline:  September 1, 2013 (current deadline – July 1, 2013)

WHEREAS, this Stipulation, and requests contained therein, are not being made for purposes of delay, or any other improper purpose; and

WHEREAS, continuing the deadlines for completing discovery and for disclosure of expert witnesses will not prejudice either party or have negative impact upon the judicial administration of this Court;

THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and

STIPULATION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY AND EXPERT WITNESS DISCLOSURES

1
2
Defendant, through their respective attorneys of records, that this Court may continue

3
the deadlines as requested and set forth above.

4
            IT IS SO STIPULATED:

5
6
DATED:   April 5, 2013

7
                                        /s/_____
                                        RICHARD A. FRISHMAN, CSB # 059383
8
                                        Attorney for Plaintiff
                                        e-mail:  richardfrishman@yahoo.com
9
10
DATED:   April 5, 2013              LONGYEAR, O'DEA, & LAVRA, LLP, by:

11
12
                                        /s/_____
                                        JOHN A. LAVRA, CSB #114533
13
                                        Attorney for Defendants
                                        e-mail: lavra@longyearlaw.com
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY AND EXPERT
WITNESS DISCLOSURES

## <u>ORDER ON STIPULATION</u>

Pursuant to Stipulation, IT IS HEREBY ORDERED THAT:

Initial Expert Disclosure date in this action is continued to:   July 8, 2013

Supplemental and Rebuttal Expert Witness Disclosure date in this action is

continued to:  July 15, 2013

Discovery completion date in this action is continued to:  September 1, 2013.

SO ORDERED:  4/8/2013

/s/ John A. Mendez_____
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge

STIPULATION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY AND EXPERT
WITNESS DISCLOSURES