LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento

FILED
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

RICHARD A. FRISHMAN, SB# 059383
205 North Pine Street
Nevada City, CA 95959
Telephone: (530) 265-2399
Facsimile: (530) 478-9442

Attorney for Plaintiff JOHN DOE, a minor,
by his Guardian Ad Litem, KATHRYN CLARK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE, a minor, by his Guardian Ad Litem, KATHRYN CLARK, <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES CHILD PROTECTIVE SERVICES OF SACRAMENTO COUNTY, DIRECTOR ANN EDWARDS, and DOES I through XXXV, inclusive, <br><br> Defendant | Case No.: 2:11-CV-01767-JAM -JFM <br><br> **ORDER FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF MINOR'S CLAIMS** <br><br> [L.R. 202] <br><br> Date:   October 9, 2013 <br> Time:   9:30 a.m. <br> CtRm:  6 <br> Judge:  Judge Mendez |

1  In accordance with the parties' request as stated in their pleadings on this motion, and good
2  cause appearing therefor, the Court approves the agreement reached between the parties to settle this
3  matter for zero (0) dollars and a full and final release and discharge of and from all claims, charges, and
4  demands of Plaintiff, JOHN DOE, against Defendant SACRAMENTO DEPARTMENT OF HEALTH
5  AND HUMAN SERVICES CHILD PROTECTIVE SERVICES OF SACRAMENTO COUNTY arising
6  from said incident, with each party to bear their own attorney's fees and costs.[1]

**IT IS SO ORDERED.**

Dated: 10-7-2013

JOHN A. MENDEZ
UNITED STATED DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was originally scheduled for October 9, 2013.

ORDER FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF MINOR'S CLAIMS
Page 2