1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Amanda L. McDermott, CSB No.: 253651
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for County of Sacramento

6

7  RICHARD A. FRISHMAN, SB# 059383
   205 North Pine Street
8  Nevada City, CA 95959
   Telephone: (530)265-2399
9  Facsimile: (530)478-9442

10 Attorney for Plaintiff JOHN DOE, a minor,
   by his Guardian Ad Litem, KATHRYN CLARK
11

**FILED**

**OCT 0 7 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE, a minor, by his Guardian Ad Litem, KATHRYN CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES CHILD PROTECTIVE SERVICES OF SACRAMENTO COUNTY, DIRECTOR ANN EDWARDS, and DOES I through XXXV, inclusive,<br><br>Defendant | Case No.: 2:11-CV-01767-JAM-JFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>[FRCP 41] |

IT IS HEREBY STIPULATED by and between Plaintiff, JOHN DOE, a minor, by his Guardian Ad Litem, KATHRYN CLARK, and Defendant, SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES CHILD PROTECTIVE SERVICES OF SACRAMENTO COUNTY, through their designated counsel that Defendant is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), subject to Court approval of the Joint Application

for Approval of Settlement and Compromise of Minor's Claims.[1]  The parties further agree that subject to this dismissal all parties will bear their own attorney's fees and legal costs.

Plaintiff, by his Guardian ad Litem, reserves all of his rights to prosecute a State Court action against the owners, property managers, their agents, employees or independent contractors, of the apartment complex where his injuries were sustained.  No further action will be taken against the currently named Defendants in the present federal case, or any of them.

IT IS SO STIPULATED.

Dated: August 14, 2013                         LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ AMANDA L. MCDERMOTT

JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorney for Defendant

Dated: August 14, 2013                         LAW OFFICES OF RICHARD A. FRISHMAN

By: /s/ RICHARD A. FRISHMAN

RICHARD A. FRISHMAN
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: 10-7-2013

JOHN A. MENDEZ
UNITED STATED DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was originally scheduled for October 9, 2013.